In the Matter of EDNA W. STERN, Respondent; WALTER T. STERN, Appellant.

Submitted May 19, 1941; decided May 29, 1941.

Motion for reargument denied. We did not pass upon the question of whether the submission and the award could be made the basis of an action at law. (See 285 N. Y. 239.)